US DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**FILED**
JAN 1 1 2023
Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| SIMONE CHAMBER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23CV28 SDJ/CAN |
| NATIONAL CREDIT SYSTEMS, INC., | ) COMPLAINT |
| Defendant. | ) ) ) |

1. This Court has jurisdiction over this action under state law and 15 U.S.C. § 1681p.

2. This Court has jurisdiction over Defendant because Defendant is a resident of Denton County, Texas.

3. Plaintiff, a consumer, sent a written dispute on or about November 16, 2022, to Defendant, a data furnisher, disputing the completeness and/or accuracy of the account NATIONAL CREDIT SYSTEMS, INC.– account number 40963**, which was in a consumer reports concerning Plaintiff prepared, maintained, and published to others by Defendant, and Defendant negligently and/or willfully failed to follow reasonable procedures to assure maximum accuracy of the date in consumer reports concerning Plaintiff, and investigate, delete, or modify the disputed information, and provide a response to Plaintiff within 30 days of receipt of Plaintiff's dispute.

4. Due to Defendant's conduct, Plaintiff has suffered personal and financial damages

5. Due to Defendant's conduct, Defendant is liable to Plaintiff for actual, statutory, and punitive damages, and costs under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

WHEREFORE, Plaintiff prays for damages in the amount of $45,000 plus $5,000 to date, and all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

Case 4:23-cv-00028-SDJ-CAN    Document 1    Filed 01/11/23    Page 2 of 4 PageID #:  2

STATE OF TEXAS           )
                         )
DENTON COUNTY            )

    I, SIMONE CHAMBER, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

    By affixing this electronic verification, oath, or affidavit to the pleading submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.

Dated: 12/29/2022

                                                         *Simone Chambers*
                                                          Simone Chamber
                                              308 Mack Drive, Denton TX 76209
                                              Email: simonechambersgd@gmail.com
                                              PLAINTIFF (*pro se*)

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via electronic email and U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address:

**C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900, DALLAS, TX, 75201-3136**

Respectfully submitted,

Dated: 12/29/2022

*Simone Chambers*
Simone Chamber