UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SIMONE CHAMBERS § | |
| § | |
| v. § | CIVIL NO. 4:23-CV-28-SDJ |
| § | |
| NATIONAL CREDIT SYSTEMS, INC. § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 8, 2023, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Simone Chambers' claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41 for failure to pay the filing fee in this cause.

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Simone Chambers' claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 26th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE